IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| MYRNA MALDONADO-PEREZ<br><br>Plaintiff<br><br>v.<br><br>NANCY A. BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY<br><br>Defendants | CV. 16-1857 (CVR) |

## JUDGMENT

The Court, through the Honorable Magistrate Judge Camille L. Velez-Rive, has issued an Opinion and Order on October 26th, 2018 (Dkt. 58) granting defendant's Motion for Summary Judgment (Dkt. 47) and dismissing with prejudice all of plaintiff's federal claims and all state claims.

WHEREFORE, it is

**ORDERED AND ADJUDGED** that all of plaintiff's federal and state claims against defendant are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

At San Juan, Puerto Rico, this 29th day of October 2018.

    FRANCES RIOS DE MORAN
    CLERK OF COURT


    S/ Yelitza Rivera-Buonomo
    Deputy Clerk